UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARGELIS GIODAN SANABRIA-AGUILERA<br><br>                    Petitioner,<br><br>           -against-<br><br>ALMODOVAR ET AL.<br><br>                    Respondents. | 25-CV-10201 ( ALC )<br><br>ORDER |

ANDREW L. CARTER, JR., United States District Judge:

Petitioner, who is detained at 26 Federal Plaza, New York, NY 10278 brings this petition

for a writ of *habeas corpus* under 28 U.S.C. § 2241.

The Court, having examined the petition pursuant to 28 U.S.C. § 2241, filed on behalf of

Dargelis Giodan Sanabria-Aguilera, hereby ORDERS that:

**The Clerk of Court shall electronically notify the Civil Division of the U.S.**

**Attorney's Office for the Southern District of New York that this Order has been issued at**

**the following email address: jeffrey.oestericher@usdoj.gov.**

The Court directs Respondents to notify the Court promptly of the location where

 Petitioner is detained and to continue promptly to update the Court of any change of location.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not

be removed from the United States or moved out of the territory of the Southern District of New

York unless and until the Court orders otherwise. See, e.g., *Kuprashvili v. Flanagan*, No. 25-

CV-5268 (PAE) (S.D.N.Y. June 30, 2025) (collecting cases staying removal to maintain the

status quo).

The U.S. Attorney's Office shall file an answer or other pleadings in response to the

petition on or before December 15, 2025; any reply from Petitioner is due December 16, 2025.

The Parties (attorneys only) should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on December 18, 2025 at 10 AM.

SO ORDERED.

Dated:    12/10/25
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge