UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SANABRIA-AGUILERA

                         Plaintiffs,

       -against-

ALMODOVAR        Defendants.

-------------------------------------------------------- x

1:25-cv-10201 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      ICE is ORDERED to immediately release Petitioner. In accordance with today's oral ruling, Respondents are ORDERED to certify compliance with the Court's Order by 5 pm today. Petitioner shall be subject to the same conditions that were in place prior to being detained on December 9, 2025.

**SO ORDERED.**

Dated:   **December 18, 2025**
              **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**