**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**SANABRIA-AGUILERA**

                             **Plaintiffs,**

             **-against-**

**ALMODOVAR**          **Defendants.**

---------------------------------------------------------- x

**1:25-cv-10201 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated:**    **December 18, 2025**
            **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                       **United States District Judge**